UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALHAITHANI CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-03245-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 180 DAYS**<br><br>Re: Dkt. No. 22 |

On March 13, 2020, Plaintiff filed a notice of settlement. (Dkt. No. 22.) Accordingly, Plaintiff shall file a dismissal within 180 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: March 13, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge